# Exhibit B

# Patent Claims Analysis
## of
## US7975051 B2: "System and method for managing, routing, and controlling devices and inter-device connections"

### against
### Kramer Network

## US7975051B2
United States

**Inventor**  Gordon Saint Clair, Frederick M. Johnson, Amy M. Badore, Charles Rotter, Kamal Shah

**Current Assignee**  Cloud Systems Holdco LLC

---

Worldwide applications

2007 ~~JP~~ US ~~CN EP~~ WO ~~AU CA~~ 2010 ~~HK~~ 2011 ~~US~~

---

Application US11/744,084 events

| | |
|---|---|
| 2006-05-03 | Priority to US74629006P |
| 2007-05-03 | Application filed by Cloud Systems Inc |
| 2007-12-13 | Publication of US20070288610A1 |
| 2011-07-05 | Publication of US7975051B2 |
| 2011-07-05 | Application granted |
| 2016-04-14 | First worldwide family litigation filed |
| Status | Active |
| 2028-08-04 | Adjusted expiration |

---

**Owner name**: CLOUD SYSTEMS HOLDCO, LLC, DELAWARE

**Free format text**: ASSIGNMENT OF ASSIGNORS INTEREST;ASSIGNOR:CLOUD SYSTEMS, INC.;REEL/FRAME:037959/0025

**Effective date**: 20130715

CLAIMS

1. A system for controlling an environment, comprising:

a server comprising a database and an application service adapted to communicate via a first interface and a second interface;

a control client adapted to communicate with said server via said first interface, receive a user interface from said server, display said user interface to the user, and receive commands from the user via said user interface for transmission via said first interface to said server;

a control switch comprising a third interface and a fourth interface, adapted to communicate via said third interface with said server via said second interface of said server and said fourth interface of said control switch adapted to selectively interconnect inputs of said fourth interface to outputs from said fourth interface;

a source device comprising a source command port and adapted to output a signal via an output port, wherein said output port is in communication with said fourth interface of said control switch via a first link adapted to connect said source device output port to one of the selectively interconnect inputs and said source command port is in communication with said server via said second interface;

an output device comprising an output command port and adapted to accept said signal via an input port, wherein said input port is in communication with said fourth interface of said control switch via a second link adapted to connect one of the selectively interconnect outputs to said output device input port and said output command port is in communication with said server via said second interface;

an environment device adapted to communicate with said server and receive commands from said server via said second interface;

a means for representing in said database a set of static connections and a set of nodes adaptable to allow communication between said output port and said fourth interface, and said fourth interface and said input port;

a configuration means for said server to issue commands to and configure said source device, said output device, and said control switch via said second interface such that said signal flows from said source device through said control switch to said output device;

a first network communicating with said first interface, said second interface, and said third interface;

a second network communicating with said fourth interface; and

said application service further comprising an event generator and an event handler, wherein said event handler comprises a means for responding to said event generator, a means for responding to a device event generator that handles communications received from said source device via said second interface, and a means for triggering said configuration means.

| Claim | Analysis |
|---|---|
| 1. A system for controlling an environment, comprising: a server comprising a database and an application service adapted to communicate via a first interface and a second interface; a control client adapted to communicate with said server via said first interface, receive a user interface from said server, display said user interface to the user, and receive commands from the user via said user interface for transmission via said first interface to said server; a control switch comprising a third interface and a fourth interface, adapted to communicate via said third interface with said server via said second interface of said server and said fourth interface of said control switch adapted to selectively interconnect inputs of said fourth interface to outputs from said fourth interface; a source device comprising a source command port and adapted to output a signal via an output port, wherein said output port is in communication with said fourth interface of said control switch via a first link adapted to connect said source device output port to one of the selectively interconnect inputs and said source command port is in communication with said server via said second interface; an output device comprising an output command port and adapted to accept said signal via an input port, wherein said input port is in communication with said | **Kramer Network**<br><br>**Analysis Summary**: Kramer Network is a software based AV over IP management solution for controlling environment (a system for controlling an environment) from any device (control client) over an IP (communicate via first and second interface). Kramer Network allow user to remotely configure, update and manage all the devices present in the environment such as DVD players, lighting system, cameras etc. (source and environmental devices). Kramer Network platform also allow user to make connections between source and destination (source and output device) remotely and configure commands for events through K-Config and triggering events based on configuration.<br><br>**KRAMER**<br>**Manage Your AV Network from a Single Web-Based Interface**<br><br>Kramer Network is a software-based AV over IP enterprise management solution that gives IT system administrators complete centralized or distributed control of IP streams, room environments and any AV device from any single point on the network. The solution is easy to setup and use. It's the ultimate AV management tool for IT administrators!<br><br>**ROUTE. MANAGE. CONTROL**<br><br><br><br>**Manage ALL AV Devices from a Single-point Web-based Interface**<br>- Use any laptop, PC, or mobile device to access the system<br>- Remotely configure, update, and manage all your devices – legacy and new<br>- Access a user-friendly, web-based interface from any single point in the network<br><br>**Route any Type of Audio and Video Signal**<br>Easily switch any number of audio or video sources to any number of destinations over an IP-based AV network. Kramer Network scales to hundreds of devices and can support high quality audio and video streaming over IP without configuring the IP network.<br><br><br><br>**Control Anything from Anywhere over IP**<br>- Control any device such as lights, displays or AV system in any room over an IP-based network<br>- Supports millions of devices with a comprehensive library of 3rd-party smart device drivers<br><br><br><br>Kramer Network provides IT Managers and System Admins easy management and control of the entire Kramer AV and IP product range, legacy AV, Dante™, and any other AV/IP device. The solution is installed on standard, enterprise, virtual, or cloud servers.<br><br>Source: https://www.kramerav.com/in/page/kramer_network |

| | |
|---|---|
| fourth interface of said control switch via a second link adapted to connect one of the selectively interconnect outputs to said output device input port and said output command port is in communication with said server via said second interface;<br><br>an environment device adapted to communicate with said server and receive commands from said server via said second interface;<br><br>a means for representing in said database a set of static connections and a set of nodes adaptable to allow communication between said output port and said fourth interface, and said fourth interface and said input port;<br><br>a configuration means for said server to issue commands to and configure said source device, said output device, and said control switch via said second interface such that said signal flows from said source device through said control switch to said output device;<br><br>a first network communicating with said first interface, said second interface, and said third interface;<br><br>a second network communicating with said fourth interface; and<br><br>said application service further comprising an event generator and an event handler, wherein said event handler comprises a means for responding to said event generator, a means for responding to a device event generator that handles communications received from said source device via said second | KRAMER NETWORK is an IP-based enterprise management software platform for AV networks. Using any laptop, PC or tablet, KRAMER NETWORK lets AV/IT Administrators easily configure, route, control, and manage Kramer Pro AV devices, room environments, and IP streaming devices from a single point in the network via a user-friendly web-based interface.<br><br>KRAMER NETWORK's scalability is unique in the world of AV/IT convergence with its flexible architecture and smart GUI, making managing a network of hundreds of ports as easy as handling a sports bar or retail facility.<br><br>KRAMER NETWORK can be installed on standard, enterprise, virtual or cloud servers for easy management and control of the entire AV and IP product range, as well as legacy AV, Dante™ and other devices.<br><br>*Source: https://cdn.kramerav.com/web/downloads/manuals/kramer-network-2-1-um-6.pdf*<br><br><br><br>*Source: https://www.kramerav.com/in/product/sl-12#Tab_Specification*<br><br><br><br>*Source: https://www.kramerav.com/in/Product/Kramer%20Network* |

| | |
|---|---|
| interface, and a means for triggering said configuration means. | The platform features enhanced security with intuitive user-access management of specific audio or video sources, rooms and predefined scenarios. IT and AV managers can also easily monitor the system's health status and track the connection between a source and a destination.<br><br>**KRAMER NETWORK** features:<br><br>- User-friendly web-based GUI – easily access and use from anywhere, anytime.<br>- Automated device detection – reduce configuration time with instant and automated device detection in the network.<br>- Enhanced security – with intuitive user-access management, delegate access to specific audio or video sources, rooms and predefined scenarios.<br>- Topological AV system mapping – easily drill down to visualize a specific network, site, building, or room to start managing AV devices.<br>- View system status at a glance – quickly identify critical issues in the Network, including at the source-destination connection level.<br>- Remote maintenance – save time and budget with no need for on-site visits.<br>- Control over IP – control a virtually unlimited number of devices with access to a rich, dynamic library of 3rd-party device drivers.<br>- Software-based solution – **KRAMER NETWORK** installs on standard or virtual IT servers, reducing your total cost of ownership — no need for a dedicated server.<br>- Easy installation and use – simply install and start using the platform in minutes with no need for programming.<br>- Scalability to any size of installation – support hundreds of devices simultaneously.<br>- Easy Click & Connect system – make connections remotely between inputs and outputs on a physical matrix from anywhere on the network.<br><br>To create a connection, click on the cross-point of the input and output:<br><br><br><br>Figure 38: Recording a Scenario – Clicking a Cross Point to Connect an Input to an Output<br><br>*Source:* [https://msipro.by/assets/files/Calal/sistemy_upravleniya/KRNT-YM/kramer_network_1.0.6_user_manual_rev_3.pdf](https://msipro.by/assets/files/Calal/sistemy_upravleniya/KRNT-YM/kramer_network_1.0.6_user_manual_rev_3.pdf) |

A trigger initiates a series of actions that can be activated by an event, a press of a button or a preset schedule. The triggers are listed as events that trigger a series of user-configured actions:

- Custom Events – include four built-in triggers. Other custom events can be added via **K-CONFIG** (see Section 8.1).
- Keypad Events – add triggers to Keypad events by clicking a keypad panel button or knob on the master room controller and auxiliary devices (see Section 8.2).
- Monitor Events – add triggers to the monitor event by setting an incoming command that will onset a series of user-configured actions (see Section 8.3).
- GPI/O Events – add a GPI/O trigger to activate a series of user-configured actions following a controlled sensor indication such as an alarm set, for example (see Section 8.4).
- Timer Events – add timer triggers that will start a timer following timer stop/start states (see Section 8.5).
- Query Events – query a controlled device to start a series of user-configured actions according to monitored operation parameters such as projector lamp hours and the power status of the main display (for example, a projector), see Section 8.6.
  Note that query Events will not appear on the Triggers list for devices that do not have Ethernet.
- Sub Routines – when the same series of user-configured actions repeats itself in several action lists, you can define a Sub Routine once and use it in all these action lists to save configuration time (see Section 8.7).

**K-CONFIG** is an intuitive configuration application that easily maintains control driver libraries, creates room control macros and protocols, and automatically generates HTML files where applicable. **K-CONFIG** supports a revised GUI, adds a host of advanced and easy to use features and uses a revamped driver database. The easy workflow shared between all Kramer control products enables a "Learn once – use forever" approach.

| Stage | K-Config Tool | Description |
|---|---|---|
| Plan | | List room devices, location, connectivity and main commands |
| Install HW system | | Connect room AV, Lighting, Automation and Control system |
| Set SW drivers | Driver Manager | Get device drivers and set proper device commands and responses |
| Set control SW system | Project Navigator and Port Manager | Set controllers, keypads and gateways<br>Assign control ports connectivity to controlled devices |
| Configure control SW program | Triggers and Action Editor | Assign commands & actions to UI and triggering events |
| Activate control system | Connect | Sync control SW program to HW system<br>Validate proper control system operation |



C: Check, according to the list, that all the device drivers appear in the **K-CONFIG** Driver Tree (see Section 5). For example, if you are using a Hitachi Projector, check that its driver is part of the drivers list. If it is not, and you do not have the driver to a device (for example, a projector), you can either request it from Kramer's tech support or download the manufacturer's protocol from the Web, and create it yourself via **K-CONFIG**.

The **K-CONFIG** main window is modular and can be altered according to your needs. You can change the size and location of each window in the layout separately, replace it, delete it or add other windows. The **K-CONFIG** main window default layout includes the five most frequently used windows:

- Project Navigator – shows the room controllers and the controlled devices.
- Triggers – shows the list of available triggers, arranged in Event categories.
- Action list – shows the list of actions in a selected trigger.
- Device View – the front panel view of the selected device.
- Action Editor – lets you create an action to add to the action list.

Source: https://cdn.kramerav.com/web/downloads/manuals/k-config_3_rev_4.pdf



*Source: https://msipro.by/assets/files/Calal/sistemy_upravleniya/KRNT-YM/kramer_network_1.0.6_user_manual_rev_3.pdf*

Room automation involves creating a trigger (such as a certain day of the week) which enables the carrying out of a script that includes a sequence of actions. Actions may include device commands (such as turning on a projector), sending an email, activating DSP over IP and so on.

**To trigger scripts:**

- Enter actions through MAESTRO – ROOM AUTOMATION (see Section 3.4.1).
- Add a sequence of actions to a script (see Section 3.4.2).
- Create a trigger to initialize a script or a list of scripts (see Section 3.4.3).

**Actions**

You can create several different types of actions to be activated by your room automation. Each action can be edited, tested or deleted at any stage.

The following action types are available: Device command, DSP-Over-IP, Email, Scenario, SNMP Trap, Upload Maestro Device Configuration, User script and WOL.

*Source: https://k.kramerav.com/downloads/manuals/kramer_network_2.0.pdf*